UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Michael Baker, *et al.*,

      Plaintiffs,  Case No. 24-10909

v.           Judith E. Levy
            United States District Judge
ALM Restaurants Detroit, LLC, *et al.*,      Mag. Judge David R. Grand

      Defendants.

_____/

# OPINION AND ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AND DISMISSING CASE WITH <u>PREJUDICE [20]</u>

  Before the Court is the parties' joint motion to approve the settlement and dismiss the case with prejudice. (ECF No. 20.) The parties attached the proposed settlement agreement and release to their motion. (*Id.* at PageID.150–168.) On May 29, 2025, the Court held a remote hearing on the motion. (ECF No. 21.) At the hearing, the Court required Plaintiffs to supplement the record with a declaration about the calculation of attorneys' fees. On June 19, 2025, Plaintiffs filed their declaration. (ECF No. 22.) After reviewing the joint motion and proposed

settlement agreement, hearing oral argument, and reviewing the declaration of Attorney Ertis Tereziu, the Court is satisfied that the settlement reached is a "fair and reasonable resolution of a bona fide dispute" under the Fair Labor Standards Act. *See, e.g., Dillworth v. Case Farms Processing, Inc.*, No. 5:08-1694, 2010 WL 776933, at *9 (N.D. Ohio Mar. 8, 2010); *see also Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982); 29 U.S.C. § 216.

It is therefore ordered and adjudged as follows:

1. The Proposed Settlement is APPROVED, including, but not limited to, the Service Awards, attorneys' fees and costs to Plaintiffs' Counsel, and Notice Process.

2. That for the limited purposes of settlement, a FLSA collective action is certified, consisting of the following:

The "Settlement Class" or the "Class" consists of all hourly employees of Defendants who worked at "McDonald's" franchises owned and operated by Defendants and/or members of their corporate family located at (a) 27901 Gratiot Ave, Roseville, MI, (b) 25900 Crocker Blvd, Harrison Township, MI, (c) 27675 Gratiot Ave, Roseville, MI, and (d) 1617 S Gratiot Ave, Clinton Township, MI, who had a meal break (i.e., both start and end time) manually entered by the user account of a member of Defendants' management during the time period of June 1, 2023 – March 17, 2024.

IT IS FURTHER ORDERED that:

- All capitalized terms not otherwise defined in this Order shall have the same meaning ascribed to them in the Parties' Settlement Agreement;
- Rust Consulting, Inc. will serve as "Settlement Administrator" in providing notice, claim process and administration services under the Settlement Agreement;
- Named Plaintiffs are appointed as representatives for the Settlement Class; and
- Plaintiffs' Counsel, Ertis Tereziu (P84911) and Anna Kozak (P84465), of Morgan & Morgan, P.A. are approved as Class Counsel for the Settlement Class.

IT IS FURTHER ORDERED that the form and content of the Notice of Proposed Settlement and the Claim Form attached to the motion to approve settlement are adequate, proper, and comport with due process, and they are hereby approved and authorized for distribution to Class Members.

IT IS FURTHER ORDERED that Counsel for the Parties are hereby authorized to jointly use all reasonable procedures in connection with approval and administration of the settlement that are not materially inconsistent with this Order or the Settlement Agreement, including making, without further approval of the Court, minor changes to the form or content of the Notice, moderate extensions of time that do

not alter effective dates, and minor changes to other exhibits that they jointly agree are reasonable or necessary.

IT IS FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE and without attorney fees or costs, except as provided in the Settlement Agreement.

IT IS SO ORDERED.

Dated: July 29, 2025  
    Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 29, 2025.

s/William Barkholz  
WILLIAM BARKHOLZ  
Case Manager

4